IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**MICHAEL WARD DAVIS,**             )
                                    )
    **Plaintiff,**             )
                                    )
v.                                  )     2:09-cv-00116
                                    )     Judge Nixon
                                    )     Magistrate Judge Bryant
**MICHAEL J. ASTRUE,**              )
**Commissioner of Social Security,**)
                                    )
    **Defendant.**             )

## ORDER

Pending before the Court is Plaintiff Michael Ward Davis's Motion for Judgment on the Administrative Record (Doc. No. 17) ("Motion"), filed along with a supportive brief (Doc. No. 18). Defendant Commissioner of Social Security filed a Response. (Doc. No. 23.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation (Doc. No. 24) ("Report") recommending that the Motion should be granted and that the case should be remanded to the Commissioner for further proceedings (*id.* at 1). The Report was filed on October 24, 2011, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 25.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** the case to the Commissioner for further proceedings outlined in the Report (*see id.* at 24). The Clerk of the Court is **DIRECTED** to close the case.

    It is so ORDERED.

    Entered this the ___15___ day of November, 2011.

                                            JOHN T. NIXON, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT